IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOYCE ROGERS                                                                                       PLAINTIFF

VS.                                                                        CIVIL ACTION NO. 3:05CV548LS

JO ANNE B. BARNHART, COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

### ORDER

Before the court for consideration is the Report and Recommendation of United States Magistrate Judge James C. Sumner, entered January 17, 2007, and being duly advised in the premises, the court finds that the Report and Recommendation should be adopted by the court.

Accordingly, IT IS ORDERED that defendant's motion to dismiss for failure to prosecute is denied.

ORDERED this 8th day of February, 2007.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE