IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOYCE ROGERS                                                                                          PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 3:05cv548-TSL-JCS

LINDA S. McMAHON, COMMISSIONER                                              DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED, this the 27th day of March, 2007.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE